UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DEWAYNE POWELL, | No. 2:21-cv-2263-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On February 8, 2022, respondent filed a motion to dismiss the petition because it includes unexhausted claims. ECF No. 11. On March 3, 2022, petitioner filed a letter acknowledging receipt of "a notice to dismiss [his] appeal because of non exhausted remedies." ECF No. 13. It is not clear whether petitioner's March 3 filing is intended to serve as a response to the motion to dismiss.

Accordingly, within 30 days from the date of service of this order, petitioner shall file an opposition to respondent's motion to dismiss, or a statement of non-opposition thereto, in accordance with Eastern District of California Local Rule 230(*l*). Should petitioner fail to do so, the court will construe the March 3 filing as petitioner's response to the motion to dismiss.

So ordered.

Dated: March 9, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE