UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DEWAYNE POWELL,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:21-cv-02263-TLN-EFB<br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 19.) Petitioner has filed objections to the findings and recommendations. (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 16, 2022 (ECF No. 19) are ADOPTED in full;

2. Respondent's Motion to Dismiss (ECF No. 11) is GRANTED and the Petition is DISMISSED with leave to amend; and

3. Within 30 days from the date of this Order, Petitioner may file a petition containing only exhausted claims.  Failure to do so may result in an order closing this case.

**DATED:  August 15, 2022**

Troy L. Nunley
United States District Judge