UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DEWAYNE POWELL,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No.  2:21-cv-02263-DAD-EFB<br><br><br><br>ORDER |

 Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 16, 2022, the court dismissed the petition because it contained unexhausted claims.  ECF No. 21.  The court directed petitioner to file an amended petition containing only exhausted claims within 30 days.  *Id.*

 On September 9, 2022, petitioner filed a "response" to the court order.  ECF No. 23.  The response indicates that petitioner would like to proceed with his exhausted claims.  *Id.* at 1.  However, petitioner has not filed an amended petition containing only the exhausted claims as directed by the court's August 16, 2022 order.

 The court will provide petitioner with another opportunity to file an amended petition containing only exhausted claims.  Within 21 days of service of this order, petitioner may file the amended petition.  If petitioner again fails to file an amended petition containing only exhausted

1

claims within the time provided by this order, the court may dismiss this action.

Dated: September 27, 2022

> EDMUND F. BRENNAN
> UNITED STATES MAGISTRATE JUDGE